| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Kleinfeld, Andrew J | 2. Court or Organization<br><br>Ninth Circuit | 3. Date of Report<br><br>08/07/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,      Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>Courthouse Square<br>250 Cushman St., Suite 3-A<br>Fairbanks, Alaska 99701 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2005 | ABA Members Retirement Program, no control |
| 2. | |
| 3. | |

RECEIVED
2006 AUG -9· A 10: 34
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | State of Alaska, Permanent Fund Dividend | $ 846 |
| 2. 2005 | Metropolitan Life Insurance Co. (Deferred Comp) | $ 21936.00 |
| 3. 2005 | Prudential Life Insurance Co. (Deferred Comp) | $ 20652.00 |
| 4. 2005 | University of Alaaska Anchorage - Honorarium | $ 500 |
| 5. 2005 | Wesleyan University - Honorarium | $ 1000 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Self employed writer and educational consultant - See Part VIII |
| 2. 2005 | University of Alaska - Salary |
| 3. 2005 | State of Alaska - Permanent Fund Dividend |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University Law & Economics Center | September 7-11, Alexandria Virginia, Participate in George Mason University Judicial Advisory Board Meeting (transportation, meals, lodging) |
| 2. University of Alaska, Anchorage | September 16-18, Anchorage Alaska, Board meeting, induction ceremony and speech. (meals, and transportation) |
| 3. Wesleyan University, Middletown, CT | October 31- November 1, Middletown, CT, Lecture at Wesleyan University ( transportation, meals, lodging) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley - Money Mkt Account | B | Dividend | L | T | | | | | |
| 2. Radio Shack common stock | A | Dividend | J | T | | | | | |
| 3. Scudder Investments-Int'l Global Funds | B | Dividend | M | T | | | | | |
| 4. Keogh Plan - Administered by ABA | F | Dividend | P1 | T | | | | | |
| 5. Merrill Lynch Bond Fund | C | Dividend | M | T | | | | | |
| 6. 403(b) Plan w/ ING | B | Interest | L | T | | | | | |
| 7. SBC common stock | A | Dividend | J | T | | | | | |
| 8. Qwest common stock | A | Dividend | J | T | | | | | |
| 9. Am Elect Power common stock | B | Dividend | L | T | | | | | |
| 10. Bell South common stock | A | Dividend | J | T | | | | | |
| 11. Verizon common stock | A | Dividend | J | T | | | | | |
| 12. Northrop Grumman, common stock | C | Dividend | M | T | | | | | |
| 13. Denali State Bank Accounts | A | Interest | L | T | | | | | |
| 14. Morgan Stanley Utility Fund (Trust #1) | B | Interest | L | T | | | | | |
| 15. U.S. Savings Bonds (Trust #1) | D | Interest | M | T | | | | | |
| 16. Morgan Stanley US Govt Securities Tr (Trust #1) | C | Interest | L | T | | | | | |
| 17. Morgan Stanley Tax Exempt Sec Tr (Trust #1) | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Franklin Fed Tax Free Inc Fd (Trust #1) | D | Interest | M | T | | | | | |
| 19. Franklin Tax Free Tr (Trust #1) | B | Dividend | K | T | | | | | |
| 20. Met Life - Trust Interests | A | Dividend | J | T | | | | | |
| 21. Northern Growth Equity Fund - (Trust #1) | B | Dividend | M | T | | | | | |
| 22. Northern Income Equity Fund (Trust #1) | C | Dividend | M | T | | | | | |
| 23. Northern Int'l Growth Equity Fund (Trust #!) | A | Dividend | K | T | | | | | |
| 24. AIM Equity Cap Dev Funds | B | Dividend | K | T | | | | | |
| 25. AIM Int'l Aggressive Growth Fund | B | Dividend | K | T | | | | | |
| 26. Davis NY Venture Fund | C | Dividend | L | T | | | | | |
| 27. Allianz Capital Apprec | C | Dividend | L | T | Name Change | | | | From Pimco to Allianz |
| 28. Allianz PEA Target | B | Dividend | K | T | Name Change | | | | From Pimco to Allianz |
| 29. TIAA-CREF Retirement Annuity | D | Interest | M | T | | | | | |
| 30. Davis Ser Inc Growth Opportunity | A | Dividend | K | T | | | | | |
| 31. Evergreen Hi Inc Muni Bond Fnd | B | Interest | K | T | | | | | |
| 32. Symetra-403(b) (formerly Safeco Life Insurance) | D | Interest | M | T | | | | | |
| 33. Northern Money Mrt Account (Trust #1) | C | Interest | L | T | | | | | |
| 34. Transamerica Occidental Life | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Transamerica Occidential Life | B | Interest | K | T | | | | | |
| 36. Ak State Housing Fin Corp | B | Interest | K | T | | | | | |
| 37. Kitsap Cnty Wash GO | A | Interest | K | T | | | | | |
| 38. Mat-Su GO | B | Interest | K | T | | | | | |
| 39. Wachovia cash account | A | Interest | J | T | Closed | | | | |
| 40. Wachovia - Evergreen money market | A | Interest | J | T | | | | | |
| 41. Unit 821 Dow Target | C | Interest | | | Redemption | 5/4 | K | A | |
| 42. Unit 872 Dow target | A | Interest | | | Redemption | 10/5 | K | A | |
| 43. First Trust Dow Target | A | Interest | | | Redemption | 11/4 | K | A | |
| 44. Fidelity Investments Deferred Comp | A | Interest | J | T | | | | | |
| 45. First Trust Target May | B | Interest | K | T | Buy | 5/5 | L | | |
| 46. First Trust Target October | A | Interest | K | T | Buy | 10/7 | K | | |
| 47. First Trust Target November | A | Interest | K | T | Buy | 11/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Various stocks (including SBC, Qwest, American Electric, Bell South, Northrup Grumman, and Verizon) accrue additional shares through dividend reinvestment programs.

Judge Kleinfeld (Person Reporting) is Co-Trustee of a trust (Trust #1). Northern Trust Bank of Florida is the Co-Trustee. Judge Kleinfeld receives income and has the power to invade principal subject to a standard. The beneficiaries are members of Judge Kleinfeld's █ The descriptions of the assets controlled by the trust are listed in Part VII of the disclosure report and are followed by a (Trust #1) designation.

Person Reporting's █ has received compensation for articles written, research services provided or conferences attended from the following entities: The Earhart Foundation, Fairbanks Daily News-Miner, Fairbanks North Star Borough School District, Gaudin & Longoria (expert witness), Nichols College, and the University of Nebraska.

| Name of Person Reporting | Date of Report |
|---|---|
| Kleinfeld, Andrew J | 08/07/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date ___8/3/06___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544